JOHN C. CRUDEN
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

DAVID B. GLAZER (D.C. 400966)
Natural Resources Section
301 Howard Street, Suite 1050
San Francisco, California 94105
Tel: (415) 744–6491
Fax: (415) 744-6476
E-mail: david.glazer@usdoj.gov

PAUL D. BARKER, JR.
DAVENÉ D. WALKER
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 305-0434 Barker
     (202) 353-9213 Walker
Fax: (202) 305-0506
E-mail: paul.barker@usdoj.gov
      davene.walker@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREATER SOUTHEAST ALASKA CONSERVATION COMMUNITY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES FOREST SERVICE, *et al.*, <br><br> Defendants. | No. 3:15-cv-00073-SLG <br><br><br> JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE <br><br><br> Hon. Sharon L. Gleason |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of the Civil Procedure, Plaintiffs,

Greater Southeast Alaska Conservation Community, Cascadia Wildlands, Greenpeace, Center

for Biological Diversity, and Alaska Wildlife Alliance, and Federal Defendants, the United

States Forest Service, Jason Anderson, and Earl Stewart, jointly stipulate that this case is dismissed without prejudice and that each party shall bear its own fees and costs.

This matter was filed on May 4, 2015. Dkt. 1. On October 6, 2015, counsel for Federal Defendants informed counsel for Plaintiffs that the Forest Service was planning to withdraw its decision authorizing the challenged project. *See* Dkt. 25. The Parties on October 9, 2015, jointly moved for an extension of the briefing schedule to allow the Forest Service the time it needs to complete the withdrawal, *see id.*, which this Court granted on October 15, 2015. Dkt. 26. The Parties proposed to confer in good faith in an effort to reach a mutually acceptable resolution to this case, upon formalization of the withdrawal notice. *See id.* On November 13, 2015, counsel for Federal Defendants informed counsel for Plaintiffs that the Forest Service had finalized the withdrawal of the Decision Notice and Finding of No Significant Impact. The Parties therefore stipulate and agree to dismiss this action without prejudice

Respectfully submitted this 4th day of December, 2015,

FOR THE FEDERAL DEFENDANTS

/s/ *Davené D. Walker*
PAUL D. BARKER, JR.
DAVENÉ WALKER
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044
Tel.:   (202) 305-0434 Barker
         (202) 353-9213 Walker
Fax:  (202) 305-0506
Email:  paul.barker@usdoj.gov
           davene.walker@usdoj.gov

*Attorneys for Federal Defendants*

*Greater Southeast Alaska Conservation Community, et al. v. United States Forest Service, et al.*   2
No. 3:15-cv-00073-SLG

Case 3:15-cv-00073-SLG   Document 27   Filed 12/04/15   Page 2 of 3

FOR THE PLAINTIFFS

/s/ *Oliver Stiefel*
CHRISTOPHER G. WINTER, AK Bar # 0904007
OLIVER J. H. STIEFEL, OR Bar # 135436 (*pro hac vice*)
Crag Law Center
917 SW Oak Street, Suite 417
Portland, OR 97205
Tel.: 503-525-2725 Winter
Tel.: 503-227-2212 Stiefel
Fax: 503-296-5454
Email: chris@crag.org
      oliver@crag.org

*Attorneys for Plaintiffs*

/s/ *Gabriel Scott*
GABRIEL SCOTT, AK Bar # 1211125
Attorney at Law
PO Box 156_
Cordova, AK 99574
Tel.: 907-264-6737
Fax: 800-909-4521
Email: gabescott@icloud.com

*Attorney for Plaintiff Cascadia Wildlands*

*Greater Southeast Alaska Conservation Community, et al. v. United States Forest Service, et al.*     3
No. 3:15-cv-00073-SLG

Case 3:15-cv-00073-SLG   Document 27   Filed 12/04/15   Page 3 of 3